Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| BEVERLY DANIEL ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | Civil Action No. 1:05-CV-0116 OWW TAG <br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 18, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, January 27, 2005, shall proceed under the time limit guidelines set therein.

///

///

///

///

///

1 | Dated: August 18, 2005     /s/ Gina Fazio

2 |                          GINA FAZIO,
Attorney for Plaintiff.

3

Dated: August 18, 2005

4 |                          MCGREGOR SCOTT
United States Attorney

5

By: /s/ Kristi C. Kapetan
6 |                          (as authorized via facsimile)
KRISTI C. KAPETAN
7 |                          Assistant U.S. Attorney

8

9 | IT IS SO ORDERED.

10 | Dated: August 29, 2005

                                   Theresa A. Goldner
11 |                          UNITED STATES MAGISTRATE JUDGE