1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                         AT FRESNO

10
   BEVERLY DANIEL                )
11                               )   Civil Action No. 1:05-CV-0116 OWW TAG
                                 )
12         Plaintiff,             )   STIPULATION AND ORDER
                                 )
13  vs.                          )
                                 )
14  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
15  Security,                    )
                                 )
16         Defendant.            )
    _____ )
17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19  appellant be granted an additional 30 day extension of time, until October 17, 2005, in

20  which to file and serve Plaintiff's Opening brief.  All remaining actions under the

21  scheduling order filed, January 27, 2005, shall proceed under the time limit guidelines set

22  therein.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1  Dated: September 16, 2005              /s/ Gina Fazio

2                                         GINA FAZIO,
                                          Attorney for Plaintiff.
3
   Dated: September 19, 2005
4                                         MCGREGOR SCOTT
                                          United States Attorney
5
                                          By: /s/ Kristi C. Kapetan
6                                         (as authorized via facsimile)
                                          KRISTI C. KAPETAN
7                                         Assistant U.S. Attorney

8

9  IT IS SO ORDERED.

10 **Dated:    September 21, 2005**            **/s/ Theresa A. Goldner**
   j6eb3d                                  UNITED STATES MAGISTRATE JUDGE
11