# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY DANIEL,<br><br>               Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant.<br>_____/ | CASE NO.  1:05-cv-00116 LJO TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 23).<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF BEVERLY DANIEL |

Plaintiff Beverly Daniel ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claims for disability benefits under Title II of the Social Security Act (the "Act"), 42 U.S.C. § 401 et seq., and supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 et seq. (Doc. 1).  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).  After review of the administrative record and the parties' briefs, the Magistrate Judge issued findings and recommendations on August 9, 2007 to deny Plaintiff's request to reverse or remand the ALJ's decision denying Plaintiff benefits.  (Doc. 23).  The findings and recommendations were served on all parties on August 9, 2007, and contained notice that any objections to the findings and recommendations were to be filed within fifteen (15) court days of the date of service.  (Id.).  The parties have not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. 23) filed August 25, 2007, are ADOPTED IN FULL;
2. The Plaintiff's Social Security complaint (Doc. 1) is DENIED; and
3. The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue and against Plaintiff Beverly Daniel, and to close this action.

IT IS SO ORDERED.

**Dated:   August 31, 2007**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE